

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2016

No. 04-16-00660-CV

**IN RE** Salatiel **POLANCO** d/b/a D&C Trucking

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Marialyn Barnard, Justice
     Patricia O. Alvarez, Justice
     Jason Pulliam, Justice

On October 10, 2016, Relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than October 24, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on October 12, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 14-12-30420-MCV, styled *Margarita Trevino et al v. Salatiel Polanco d/b/a D&C Trucking, et al*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Cynthia L. Muniz presiding.